IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>425 Third Street S.W., Suite 800 )<br>Washington, DC 20024, )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>U.S. DEPARTMENT OF JUSTICE, )<br>950 Pennsylvania Avenue N.W. )<br>Washington, DC 20530-0001, )<br>   )<br>   Defendant. )<br>_____ ) | Civil Action No. |

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this action against Defendant U.S. Department of Justice to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552.  As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3. Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street S.W., Suite 800, Washington, DC 20024.  Plaintiff seeks to promote transparency, accountability, and integrity in government and fidelity to the rule of law.  As part of its mission, Plaintiff regularly requests records from federal agencies pursuant to FOIA.  Plaintiff analyzes

the responses and disseminates its findings and the requested records to the American public to inform them about "what their government is up to."

4. Defendant U.S. Department of Justice is an agency of the United States Government and is headquartered at 950 Pennsylvania Avenue N.W., Washington, DC 20530-0001. Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On May 3, 2023, Plaintiff submitted a FOIA request to Defendant seeking access to the following public records:

   1. The unclassified FBI FD-1023 (CHS Reporting Document) described in the May 3, 2023 letter from Sen. Grassley and Rep. Comer to Attorney General Garland and FBI Director Wray (see https://www.grassley.senate.gov/imo/media/doc/grassley_comer_to_fbi_-_biden_1023.pdf).

   2. All records of communication between Attorney General Garland and any other official or employee of any branch, department, agency, or office of the Federal government regarding the letter and/or the FD-1023 described therein. This includes, but is not limited to, any such communications between the Attorney General and any other official or employee of the Department of Justice.

   The time frame for this request was identified as January 1, 2020 to the present.

6. Defendant acknowledged receipt of the request by letter dated May 11, 2023 and advised Plaintiff that the request had been assigned tracking number FOIA-2023-01187. Defendant also granted Plaintiff's request for expedited processing but invoked a time extension due to "unusual circumstances." Plaintiff has received no further response.

7. On May 3, 2023, Plaintiff submitted a FOIA request to the Federal Bureau of Investigation, a component of Defendant, seeking access to the following public records:

   1. The unclassified FBI FD-1023 (CHS Reporting Document) described in the May 3, 2023 letter from Sen. Grassley and Rep. Comer to Attorney General Garland and Director Wray (see https://www.grassley.senate.gov/imo/media/doc/grassley_comer_to_fbi_-_biden_1023.pdf).

2. All records of communication between Director Wray and any other official or employee of any branch, department, agency, or office of the Federal government regarding the letter and/or the FD-1023 described therein. This includes, but is not limited to, any such communications between Director Wray and any other official or employee of the Federal Bureau of Investigations.

The time frame for this request was identified as January 1, 2020 to the present.

8. The FBI acknowledged receipt of the request by letters dated May 15, 2023 and advised Plaintiff that the request had been assigned tracking number FOIPA Request Nos. 1591863-000 and 1591866-000.

9. By letters dated May 15, 2023, the FBI invoked a time extension for FOIPA Request Nos. 1591863-000 and 1591866-000 due to "unusual circumstances."

10. By letter dated May 25, 2023, the FBI granted Plaintiff's request for expedited processing for FOIPA Request No. 1591863-000. Plaintiff has received no further response.

11. As of the date of this Complaint, Defendant and the FBI have failed to (i) produce the requested records or demonstrate that the requested records are lawfully exempt from production; (ii) notify Plaintiff of the scope of any responsive records they intend to produce or withhold and the reasons for any withholdings; or (iii) inform Plaintiff that it may appeal any adequately specific, adverse determination.

## COUNT I
### (Violation of FOIA, 5 U.S.C. § 552)

12. Plaintiff realleges paragraphs 1 through 11 as if fully stated herein.

13. Defendant is in violation of FOIA.

14. Plaintiff is being irreparably harmed by Defendant's violation of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with it.

15. To trigger FOIA's administrative exhaustion requirement, Defendant was required to make a final determination on Plaintiff's requests by June 14, 2023, at the latest.

- 4 -

Because Defendant failed to make a final determination on Plaintiff's FOIA requests within the time limits set by FOIA, Plaintiff is deemed to have exhausted its administrative appeal remedies.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct searches for any and all records responsive to Plaintiff's FOIA requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA requests; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA requests and *Vaughn* indices of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA requests; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: June 26, 2023

Respectfully submitted,

*/s/ Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172
mbekesha@judicialwatch.org

*Counsel for Plaintiff*